IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY WAYNE JONES**  **PLAINTIFF**
ADC #70147

V.                         NO. 4:21-cv-00149-JM-ERE

**AKEISHA WALKER,** *et al.*                        **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition, filed by Magistrate Judge Edie R. Ervin, for the dismissal of Mr. Jones' claims against Defendant William Benton. Mr. Jones has not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the recommendation in all respects.

Accordingly, Mr. Jones' claims against Defendant William Benton are DISMISSED, without prejudice, based on his failure to timely serve this Defendant.

IT IS SO ORDERED, this 10th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE