IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY WAYNE JONES**  **PLAINTIFF**
**ADC #70147**

V.  NO. 4:21-cv-00149-JM-ERE

**AKEISHA WALKER,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, the timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The ADC Defendants' motion for summary judgment (Doc. 52) is DENIED. Mr. Jones may proceed on his deliberate indifference and Americans with Disability Act claims against Defendants Akeisha Walker and Andrea Culclager.

The Medical Defendants' motion for partial summary judgment (Doc. 56) is GRANTED. Mr. Jones' claims against Defendant Jacks are limited to those arising during his encounter with her on March 22, 2019, as described in grievance MX-19-455. His claims against Defendant Johnson are limited to those arising during his encounters with her on May 6, 2019, and May 22, 2019, as described in grievances MX-19-901 and MX-19-977.

Mr. Jones' claims against WellPath are DISMISSED, without prejudice, based on his failure to fully exhaust his administrative remedies.

The Clerk is instructed to terminate WellPath as a party Defendant.

IT IS SO ORDERED, this 1st day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE