IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY WAYNE JONES**  **PLAINTIFF**
**ADC #70147**

V.   NO. 4:21-cv-00149-JM-ERE

**AKEISHA WALKER,** *et al.*   **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the Recommendation in all respects.

Defendants' motions for summary judgment (*Docs. 86, 89*) are GRANTED and judgment will be entered for Defendants.

IT IS SO ORDERED, this 14th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE