IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY WAYNE JONES**                                                                                      **PLAINTIFF**
**ADC #70147**

V.                                         NO. 4:21-cv-00149-JM-ERE

**AKEISHA WALKER,** *et al.*                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, judgment is entered for Defendants. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED, this 14th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE