IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY WAYNE JONES**                                                                                     **PLAINTIFF**
**ADC #70147**

**V.**                           **NO. 4:21-cv-00149-JM**

**AKEISHA WALKER,** *et al.*                                                               **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Jones' timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Johnson's motion for summary judgment (*Doc. 131*) is GRANTED. Mr. Jones' remaining retaliation claim is DISMISSED, with prejudice.

Plaintiff has filed a motion for leave to file belated objections to the Recommended Disposition, docket #108 which was adopted by the Court on March 14, 2023. (Docket # 142). The motion is GRANTED. The Court has reviewed Plaintiff's belated objections as well as the record and concludes that the Recommendation, docket #108, was supported by the record and for the reasons stated is adopted as this Court's findings.

The Clerk is instructed to close this case.

IT IS SO ORDERED, this 8th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE