# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LARRY WAYNE JONES**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #70147**

**V.**　　　　　　　　　　　　**NO. 4:21-cv-00149-JM**

**AKEISHA WALKER,** *et al***.**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 8th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE